**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Melvin Nakatsukasa BASA,**
**Defendant—Appellant.**

No. 08–10273.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Beverly R. McCallum, Esquire, Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Danilo T. Aguilar, Esquire, Law Offices of Danilo T. Aguilar, Saipan, MP, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Melvin Nakatsukasa Basa appeals from his sentence of 7 months in prison and 53 months supervised release imposed upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Basa's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

We deny the government's motion to dismiss for failure to prosecute.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

